# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMINIA O. CARREON,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>Defendant. | No. 1:19-cv-00759-GSA<br><br>**ORDER VACATING ORDER TO SHOW CAUSE**<br><br>**Doc. 11** |

On January 13, 2020, the Court issued an order to show cause why the above-captioned case should not be dismissed following Plaintiff's failure to file proof of service of the confidential letter brief in compliance with the Scheduling Order (Doc. 4). On January 15, 2020, Plaintiff responded to the order to show cause and filed proof of service.

Accordingly, the Order to Show Cause is hereby VACATED.

IT IS SO ORDERED.

Dated: **January 17, 2020**           **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE