HARVEY P. SACKETT (72488)
**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMINIA O. CARREON, | Case No. 1:19-cv-00759-GSA |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a thirty (30) day extension of time until April 19, 2020, in which to e-file her Motion for Summary Judgment. Defendant shall file any opposition, including cross-motion, on or before May 19, 2020. This extension is necessitated due to Plaintiff's counsel's upcoming schedule of administrative hearings and district court briefs due [eighteen opening briefs]. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

Dated: March 20, 2020           */s/HARVEY P. SACKETT*
                                                 HARVEY P. SACKETT
                                                 Attorney for Plaintiff
                                                 HERMINIA O. CARREON

Dated: March 20, 2020

*/s/ Margaret Lehrkind*
MARGARET LEHRKIND
Special Assistant U.S. Attorney
Social Security Administration
[*As authorized by email 3/20/2020]

IT IS SO ORDERED.

Dated: **March 20, 2020**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER