HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMINIA O. CARREON, ) <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> ANDREW M. SAUL, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant ) <br> ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ) | Case No. 1:19-cv-00759-GSA <br><br><br> STIPULATION AND ORDER <br> FOR EXTENSION OF TIME <br> TO FILE OPENING BRIEF |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a thirty (30) day extension of time until May 17, 2020, in which to e-file her Motion for Summary Judgment.  Defendant shall file any opposition, including cross-motion, on or before June 16, 2020.  This extension is necessitated due to Plaintiff's counsel's upcoming schedule of administrative hearings and district court briefs due [eighteen opening briefs]. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

///

///

1

STIPULATION AND ORDER

Dated: April 17, 2020                 */s/HARVEY P. SACKETT*
                                       HARVEY P. SACKETT
                                       Attorney for Plaintiff
                                       HERMINIA O. CARREON


Dated: April 17, 2020                 */s/ Margaret Lehrkind*
                                       MARGARET LEHRKIND
                                       Special Assistant U.S. Attorney
                                       Social Security Administration
                                       [*As authorized by email 4/17/2020]


IT IS SO ORDERED.

   Dated:  **April 20, 2020**                **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE

2

STIPULATION AND ORDER